UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

CARMEN RIVA RODRIGUEZ,      :

               :

       Plaintiff,   :

               : Civil Action No. 18-308

       v.     :

NANCY A. BERRYHILL,     : STIPULATION AND ORDER TO

               : AWARD ATTORNEY FEES & COSTS

ACTING COMMISSIONER OF   :

SOCIAL SECURITY,      :

        Defendant.  :

-----------------------------------------------------------------x

   IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the

parties in the above-titled action that Plaintiff is awarded attorney fees under the Equal Access to

Justice Act (EAJA) (28 U.S.C. § 2412, et seq.) in the amount of $7972 (seven thousand nine

hundred seventy two dollars and no cents).  Such award is made in full satisfaction of any claim

for fees, expenses and costs.  It is further agreed that payment will be made directly to Plaintiff's

attorney if Plaintiff has agreed to assign the rights to fees to his/her attorney, provided that

Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.


Dated: June 4, 2019

           Grant C. Jaquith
           Acting United States Attorney

      By:  *s/Rebecca H. Estelle*
           Rebecca H. Estelle
           Special Assistant U.S. Attorney
           Attorney for Defendant
           c/o Social Security Administration
           Office of General Counsel
           26 Federal Plaza, Room 3904
           New York, New York 10278
           (212) 264-2023

Olinsky Law Group

By: _____

Howard D. Olinsky
Attorney for Plaintiff
300 S. State Street
Suite 420
Syracuse, NY 13202
(315) 701-5780


AND, the Court having reviewed this matter,

IT IS So Ordered:



_____
David E. Peebles
U.S. Magistrate Judge



Dated 6/4/2019